UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE | § | |
| | § | |
| v. | § | Civil No. 1:25-cv-00870-ADA |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC. | § | |

# O R D E R

The above captioned cause, having been removed to this Court on June 06, 2025 from the Justice Court, Precinct 2, of Travis County, Texas, J2-CV-25-003071 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 11th day of June 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE