Name: Phap Anh Le

Address: 13021 Dessau Rd Lot 75 Austin, TX 78754

Phone Number: 737-226-8701

Email Address: pacer@phaple.com

Pro Se

FILED

2025 JUN 30 AM 10: 53

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PHAP ANH LE<br><br>v.     PLAINTIFF(S)<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>1:25-cv-00870-ADA-SH<br><br>APPLICATION FOR PERMISSION<br>TO FILE ELECTRONICALLY |

As the ☒ Plaintiff ☐ Defendant  in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   [✔] A Computer with internet access.

   [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   [✔] A scanner to convert documents that are only in paper format into electronic files.

   [✔] A printer or copier to create required paper copies such as chambers copies.

   [✔] A word-processing program to create documents; and

   [✔] A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: June 28 2025            Signature: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE,<br>　　　　*Plaintiff* | § § § | |
| v. | § § | Case No. 1:25-cv-00870-ADA-SH |
| MIDLAND CREDIT<br>MANAGEMENT, INC.<br>　　　　*Defendant* | § § § § | |

## ORDER

Now before the Court is Plaintiff Phap Anh Le's Motion for Leave to File Electronically as a Pro Se Litigant, filed June 10, 2025 (Dkt. 3).[1] The Court cannot determine whether Plaintiff has regular access to all the technical requirements necessary to e-file successfully because she has not filed an "Application for Permission to File Electronically," which is available on the Court's website at www.txwd.uscourts.gov. To access this form, click on the "Filing Without an Attorney" tab, then "Pro Se Manual," and then on the "Permission to File Electronically" attachment. The Court **ORDERS** Plaintiff to file the completed form with the Court by **July 7, 2025**.

**SIGNED** on June 20, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred this case to this Magistrate Judge pursuant to Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas and the Magistrate Referral Standing Order for United States District Alan D Albright. Dkt. 5.

1