IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE,<br>    Plaintiff, | § <br> § <br> § | |
| v. | § <br> § <br> § | Civil Action No. 1:25-cv-870-ADA-SH |
| MIDLAND CREDIT<br>MANAGEMENT, INC.,<br>    **Defendant.** | § <br> § <br> § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS AND RECOVERY OF EXPENSES

On this day, the Court considered Plaintiff's Motion for Sanctions and Recovery of Expenses. After considering the motion and the record, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Midland Credit Management, Inc. shall pay Plaintiff Phap Anh Le the amount of $400.00 as reasonable expenses incurred due to Defendant's failure to timely serve its Initial Disclosures.

SIGNED this _____ day of _____, 2025.


_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1