IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE, | § | |
|     *Plaintiff*, | § | |
| v. | § | |
| | § | Case No.: 1:25-cv-870-ADA-SH |
| MIDLAND CREDIT MANAGEMENT, INC., | § § | |
|     *Defendant*. | § § | |

## DECLARATION OF DANIEL DURELL

1. My name is Daniel Durell. I am of sound mind and capable of making this unsworn declaration in accordance with 28 U.S.C. § 1746. I am over the age of twenty-one (21) years and have never been convicted of a felony or crime involving dishonesty. I am fully competent to testify to the matters herein. I have personal knowledge of the facts stated herein, which are true and correct.

2. I am an attorney at Troutman Pepper Locke LLP, counsel for Defendant Midland Credit Management, Inc., in the above-captioned matter. I have personal knowledge regarding the facts set forth in this declaration based on my representation of Defendant in this lawsuit.

3. The factual statements contained in the "Background" section of Defendant's Response to Plaintiff's Motion for Sanctions and Recovery of Expenses are true and correct.

4. Attached to this Declaration as **Exhibit A** is a true and correct copy of Plaintiff's July 1, 2025 email to me related to allegedly overdue initial disclosures, along with my response sent the same day that included MCM's initial disclosures as an attachment to the email.

5. Attached to this Declaration as **Exhibit B** is a true and correct copy of my July 2, 2025 email to Plaintiff requesting that he withdraw the Motion referenced therein.

1

6. Attached to this Declaration as **Exhibit C** is a true and correct copy of Plaintiff's July 4, 2025 email to me that is referenced in Defendant's Response to Plaintiff's Motion for Sanctions and Recovery of Expenses.

7. Attached to this Declaration as **Exhibit D** is a true and correct copy of my July 4, 2025 email addressing Plaintiff's July 4, 2025 email attached as Exhibit C.

8. Attached to this Declaration as **Exhibit E** is a true and correct copy of Plaintiff's July 7, 2025 email to me threatening to file bar grievances, along with the attachments Plaintiff included to that email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Austin, Texas, on the 8th day of July, 2025.

_____
Daniel Durell
Troutman Pepper Locke LLP