## Durell, Daniel

| | |
|---|---|
| **From:** | Durell, Daniel |
| **Sent:** | Wednesday, July 2, 2025 5:56 PM |
| **To:** | pro.se |
| **Cc:** | Blankenship, Denise; Garcia, Chris |
| **Subject:** | RE: Case 1:25-cv-00870-ADA-SH Le v. Midland Credit Management, Inc. |

Mr. Le:

You're mistaken that there is a scheduling order in place. There is no scheduling order in place. Nor has one been submitted to the Court. So, there is no "Court-ordered deadline" as you state in your Motion. As you very well know (or should know), you sent over revisions to the proposed scheduling order, and my client has not approved those revisions. Moreover, I have not yet approved of your revisions to the Rule 26(f) conference report because I had not seen the proposed Second Amended Complaint that you said you were going to file until recently. More importantly, I have not signed any Rule 26(f) conference report given that you have brought in new issues to the table, including the proposed joinder of another party.

But all of your inaccurate statements, misinterpretation of the applicable rules, and misstatement of case law aside, the default deadline for serving Rule 26(a) disclosures is 14 days after the parties' Rule 26(f) conference. We conducted our Rule 26(f) conference on June 17. I served MCM's initial disclosures on July 1—exactly 14 days after our conference. In addition to the items pointed out above, that statements in your Motion are entirely inconsistent with your email dated July 1.

I request that you file a notice with the Court withdrawing your inaccurate and meritless "Motion for Sanctions and Recovery of Expenses" no later than July 7. I also encourage you to read Rule 11(b) of the Federal Rules of Civil Procedure prior to filing any additional papers containing demonstrably false statements.

It's unfortunate that you have chosen this route after what I thought was a productive call on June 17 and what I thought would be a good working relationship. On that point, I was the one that was clearly mistaken.

**Daniel Durell**
**Partner**
**troutman pepper locke**
Direct: 512.305.4714
daniel.durell@troutman.com

---

**From:** pro.se <pro.se@phaple.com>
**Sent:** Wednesday, July 2, 2025 5:01 PM
**To:** Durell, Daniel <Daniel.Durell@troutman.com>; Garcia, Chris <Chris.Garcia@troutman.com>; Blankenship, Denise <Denise.Blankenship@troutman.com>; pro.se <pro.se@phaple.com>
**Subject:** Case 1:25-cv-00870-ADA-SH Le v. Midland Credit Management, Inc.

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hello,

Please find attached that was filed today in the above matter.

Thank you.

Phap Anh Le
Plaintiff, Pro Se
Email: pro.se@phaple.com
Phone: 737-226-8701