IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE, | § | |
|     *Plaintiff*, | § | |
| v. | § | |
| | § | Case No.: 1:25-cv-870-ADA-SH |
| MIDLAND CREDIT MANAGEMENT, INC., | § § | |
|     *Defendant*. | § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND RECOVERY OF EXPENSES**

On this day, came to be considered Plaintiff's Motion for Sanctions and Recovery of Expenses (the "Motion") filed by Plaintiff Phap Anh Le ("Plaintiff) and the Response to the Motion filed by Defendant Midland Credit Management, Inc. ("Defendant"). After considering the Motion and the Response, the Court is of the opinion that the Motion should be, and hereby is, DENIED.

SIGNED this _____ day of _____, 2025.

                                                SUSAN HIGHTOWER
                                                UNITED STATES MAGISTRATE JUDGE