IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PHAP ANH LE, § | |
|     *Plaintiff*, § | |
| v. § | |
| § | Case No.: 1:25-cv-870-ADA-SH |
| MIDLAND CREDIT MANAGEMENT, § | |
| INC., § | |
|     *Defendant*. § | |

**JOINT SUBMISSION OF PROPOSED SCHEDULING RECOMMENDATIONS**

Pursuant to the Court's Order dated October 8, 2025 (Dkt. 31), Plaintiff Phap Anh Le and Defendant Midland Credit Management, Inc. submit this Joint Submission of Proposed Scheduling Recommendations outlining the Parties' respective scheduling proposals based on the form attached to the Court's Order as Appendix A (Dkt. 31 at 3–6). As noted below, the Parties have differing views as to all dates except those highlighted in yellow.

| Event | Plaintiff Proposed | Defendant Proposed |
|---|---|---|
| Discovery commences | October 25, 2025 | October 25, 2025 |
| Amend pleadings / add parties | December 2, 2025 | July 3, 2025 |
| Fact discovery cutoff | April 17, 2026 | April 17, 2026 |
| Plaintiff's settlement offer | May 1, 2026 | February 13, 2026 |
| Plaintiff's expert designation & report | June 1, 2026 | March 13, 2026 |
| Defendant's settlement response | June 15, 2026 | March 2, 2026 |
| Defendant's rebuttal expert report | July 1, 2026 | April 13, 2026 |
| Expert discovery cutoff | August 1, 2026 | June 8, 2026 |
| Dispositive motion deadline | September 4, 2026 | June 8, 2026 |
| Pre-trial exchange (witnesses, exhibits) | November 20, 2026 | August 14, 2026 |
| Jury Charge and Motion in Limine | | August 21, 2026 |
| Objections to Jury Charge | | August 28, 2026 |
| Motion in Limine Filed | | August 28, 2026 |
| Joint Pre-Trial Order due | December 11, 2026 | September 3, 2026 |
| Final Pre-Trial Conference | January 9, 2027 | September 11, 2026 |
| Jury Selection | February 22, 2027 | November 13, 2026 |
| Jury Trial | February 23, 2027 | November 16, 2026 |

1

**Plaintiff's Response**

Plaintiff believes a more measured schedule is appropriate given that:

1. Encore Capital Group, Inc. was only served on October 14, 2025, and its answer is not yet due until November 4, 2025.

2. Coordination across both defendants will require reasonable discovery and procedural alignment.

3. Expert testimony—particularly on credit reporting harm, procedural deficiencies, and damages—*will* likely be part of Plaintiff's case.

**Defendant's Response**

Defendant sees no need to alter the previously agreed deadlines to amend pleadings, for Plaintiff's settlement offer, and for Defendant's settlement offer response (*see* Dkt. 13). The remaining dates proposed by Plaintiff provide unnecessarily lengthy periods, as this is unlikely to be an expert-focused case with a need to conduct discovery in phases. Defendant's counter-proposal was offered to bridge the gap between what has previously been agreed to and what Plaintiff proposed in response to the Order. Notably, the Parties submitted the previously agreed-upon proposed scheduling order *after* Plaintiff filed his Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

*/s/ Phap Anh Le*
Phap Anh Le, Pro Se
13021 Dessau Rd, Lot 75
Austin, TX 78754
Phone: (737) 226-8701
Email: pro.se@phaple.com

**PLAINTIFF, PRO SE**

*/s/ Daniel Durell*
Daniel Durell
State Bar No. 24078450
daniel.durell@troutman.com
Christopher G. Garcia
State Bar No. 24120840
chris.garcia@troutman.com
TROUTMAN PEPPER LOCKE LLP
300 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on this the 22nd day of October, 2025, as indicated below to the following:

**Via CM/ECF**
Phap Anh Le
13021 Dessau Rd, Lot 75
Austin, TX 78754
Phone: (737) 226-8701
Email: pro.se@phaple.com
**Plaintiff, Pro Se**

            */s/ Daniel Durell*
            Counsel for Defendant