

**COMPTROLLER.TEXAS.GOV**

**Kelly Hancock**
Acting Texas Comptroller of Public Accounts

HOME    TAXES ▾    TRANSPARENCY ▾    ECONOMY ▾    PURCHASING ▾    PROGRAMS ▾    ABOUT ▾

home » taxes » franchise » account status » search

## % Taxes

# FRANCHISE TAX ACCOUNT STATUS

This summary page is designed to satisfy standard business needs. If you need to reinstate or terminate a business with the Texas Secretary of State, you must obtain a certificate specific to that purpose.

This record as of November 7, 2025 at 12:28:28

This page will auto-refresh every 60 seconds if you remain on the page.

New Search
Last update 4 seconds ago

Print 🖨

### ENCORE CAPITAL GROUP INC

| | |
|---|---|
| Texas Taxpayer Number: | 14810909094 |
| Mailing Address: | 350 CAMINO DE LA REINA STE 100<br>SAN DIEGO, CA 92108 - 3007 |
| Right to Transact Business in Texas: | ACTIVE |
| State of Formation: | |
| SOS Registration Status (SOS status updated each business day): | NOT REGISTERED |
| Effective SOS Registration Date: | NOT REGISTERED |
| Texas SOS File Number: | NOT REGISTERED |
| Registered Agent Name: | Not on File |
| Registered Office Street Address: | , |

### Public Information Report

**Public Information Reports** (PIR) must be filed by each taxable entity formed as a corporation, limited liability company (LLC), limited partnership, professional association and financial institution that is organized in Texas or has nexus  in Texas.

**Limited Partnerships** display the general partner(s) on file with the Texas Secretary of State's office (SOS). General partner changes must be filed with the SOS.

**Financial Institutions** are regulated by the Texas Department of Banking and their PIRs are not listed on this page.

**Copies of Public Information Reports** may be ordered from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, P.O. Box 13528, Austin, Texas 78711.

**Ownership Information Reports** (OIR), must be filed by each taxable entity, other than a legally formed corporation, LLC, limited partnership, professional association or financial institution, that is organized in Texas or has nexus in Texas. Ownership Information Reports are confidential and will not display on this page.

**Exceptions** are limited and general partnerships that qualify as passive who are not required to file information reports.

**Veteran Owned Businesses** are not required to file information reports their first five years.

**Limited Liability Partnership** registrations can be found on the Secretary of State's website.

Note: General partner, registered agent and registered office changes must be filed with the Secretary of State. These changes cannot be made by filing a Public Information Report (form 05-102).

Visit our website for more information about filing information reports or assistance.

### Public Information Report

| Title | Name and Address |
|---|---|
| Report not on File | |

---

**Required Applications:**

Adobe Reader



Exhibit B