IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE,<br>    Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00870-ADA-SH |
| MIDLAND CREDIT | § | |
| MANAGEMENT, INC.,  and | § | |
| ENCORE CAPITAL GROUP, INC., | § | |
|     Defendants. | § | |

# PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT ENCORE CAPITAL GROUP, INC.'S REPLY (ECF 38)

Plaintiff Phap Anh Le, appearing pro se, respectfully moves for leave to file the attached Sur-Reply in Opposition to Defendant Encore Capital Group, Inc.'s Motion to Dismiss (ECF 35).

A sur-reply is necessary because Encore Capital Group, Inc. ("Encore") raised new arguments and new factual assertions for the first time in its Reply (ECF 38)—arguments that were not presented in its original Motion to Dismiss (ECF 35), and to which Plaintiff has had no opportunity to respond.

## I. LEGAL STANDARD

Courts in the Western District of Texas permit sur-replies when a reply brief raises new issues, new evidence, or new arguments.
A sur-reply ensures fairness and prevents prejudice.
*See* **De La Rosa v. City of San Antonio**, No. SA-16-CV-0295-DAE, 2017 WL 1048125, at *5 (W.D. Tex. Mar. 17, 2017).

## II. GROUNDS FOR LEAVE

Encore's Reply (ECF 38) introduces new matters that were not raised in its Motion to Dismiss (ECF 35), including:

1

1.  New factual assertions and reinterpretations of Encore's corporate structure;
2.  New claims that Encore is merely a "passive holding company";
3.  New challenges to Plaintiff's Exhibit A (Texas Comptroller corporate records);
4.  New arguments on service of process, despite Encore having waived service objections by filing a merits-based motion;
5.  New factual representations contradicting Encore's own SEC Form 10-K admissions regarding its operational control over MCM.

These new matters require a sur-reply to correct the record and avoid unfair prejudice.

# III. A SUR-REPLY WILL ASSIST THE COURT

The proposed Sur-Reply is narrowly tailored to address only the new arguments raised in ECF 38. It responds directly to:

- Encore's new factual assertions,
- newly-raised legal theories, and
- Encore's mischaracterization of its own SEC filings and business operations.

The Sur-Reply will materially assist the Court in resolving the pending Motion to Dismiss.

# IV. CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court:

1.  **GRANT** leave to file the attached Sur-Reply;
2.  **ACCEPT** the Sur-Reply as filed; and
3.  Grant any further relief the Court deems just and proper.

Respectfully submitted,

  /s/ **Phap Anh Le**
Phap Anh Le, Pro Se
Date: December 4, 2025

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF on December 4, 2025.

/s/ **Phap Anh Le**
Phap Anh Le, Pro Se