IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PHAP ANH LE, | § | |
|     *Plaintiff*, | § | |
| v. | § | |
| | § | Case No.: 1:25-cv-870-ADA-SH |
| MIDLAND CREDIT MANAGEMENT, | § | |
| INC., | § | |
|     *Defendant*. | § | |

**ORDER**

On this day, came to be considered Plaintiff Phap Anh Le's Motion to Compel Complete Account Records and for Rule 37 Relief (ECF No. 43). After considering the Motion and Defendant Midland Credit Management, Inc.'s response thereto, the Court is of the opinion that it should be, and hereby is, DENIED.

SIGNED this _____ day of _____, 2025.

 

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE