**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PHAP ANH LE,** *Plaintiff,* | § | |
| ***v.*** | § | **1:25-CV-870-ADA-SH** |
| **MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC.,** ***Defendants.*** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 51. Judge Hightower recommends that this Court **GRANT** Defendant Encore Capital Group, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 35), **DISMISS** with prejudice all claims against Encore, and **DISMISS** as moot Encore's Motion for Protective Order (Dkt. 49). *Id.* at 13. The report further recommends that the District Court **ORDER** that Plaintiff is **BARRED** from filing additional motions in this Court without receiving permission from a judge of this Court and **ORDER** the Clerk of Court to refrain from docketing Le's motions until leave is granted. *Id.*. The report was filed on July 21, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). To date, neither party has filed objections to Judge Hightower's Report and Recommendation.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 51) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Encore Capital Group, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 35) is hereby **GRANTED**. Plaintiff's claims against Encore are hereby **DISMISSED WITH PREJUDICE**, leaving only Plaintiff's claims against Midland Credit Management, Inc. under 15 U.S.C. § 1692e, 15 U.S.C. § 1692g(a), 15 U.S.C. § 1681s-2(b), and Texas Debt Collection Act.

**IT IS FURTHER ORDERED** that Plaintiff is **BARRED** from filing additional motions in this Court without receiving permission from a judge of this Court. The Clerk of Court is hereby **ORDERED** to refrain from docketing Le's motions until leave is granted.

**SIGNED** this 19th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE